No. 308. KRAUTHOFF v. KANSAS CITY JOINT STOCK LAND BANK. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth

584

Circuit denied. *Messrs. Edwin A. Krauthoff* and *Price Wickersham* for petitioner. *Messrs. Cyrus Crane* and *E. F. Halstead* for respondent.

